IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 3:11-CV-916-MEF |
| v. | ) ) ) | (WO-Do Not Publish) |
| TERRY WILHITE and TESHA WILHITE, | ) ) ) | |
| Defendants. | ) | |

**ORDER**

On December 20, 2011, following Defendants' filing of a Suggestion of Bankruptcy (Doc. #24), this matter was stayed pursuant to 11 U.S.C. § 362. (Doc. #27.) The parties were further ordered to file a joint status report every ninety (90) days from the date of the Court's order, detailing the status of Defendants' bankruptcy proceedings. No effort has been made by any party to comply with this order. Indeed, to date, not a single joint status report has been filed in this matter.[1] Accordingly, it is hereby ORDERED that the parties shall file a joint status report detailing the status of Defendants' bankruptcy proceedings on or before December 21, 2012. Given that the Court's previous order was apparently ignored, the parties are further reminded that they are to continue filing joint status reports **every ninety (90) days** from the date of this order until instructed otherwise by this Court.

---

[1] The following status reports are past due: (1) the parties' first joint status report, which was due on March 19, 2012; (2) the parties' second joint status report, which was due on June 18, 2012; (2) the parties' third joint status report, which was due on September 17, 2012; and (4) the parties' fourth joint status report, which was due on December 17, 2012.

DONE this the 18th day of December, 2012.

                                                  /s/ Mark E. Fuller
                                    UNITED STATES DISTRICT JUDGE